# NO. 12-09-00233-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RANDELL LAVELLE PRICE,*<br>*APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION

Appellant pleaded guilty to aggravated robbery. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification further shows that Appellant has waived the right to appeal. The certification is signed by Appellant and his counsel and is supported by the record. Accordingly, the appeal is ***dismissed for want of jurisdiction***. All pending motions are overruled as moot.

**SAM GRIFFITH**
Justice

Opinion delivered March 3, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)